motion to withdraw the petition for grant of review is hereby denied as moot, and that said petition is hereby granted on the following issue:

> WHETHER THE AIR FORCE COURT'S DECISION MUST BE SET ASIDE BECAUSE ONE OF THE JUDGES WHO PARTICIPATED IN THE DECISION OF APPELLANT'S CASE WAS UNCONSTITUTIONALLY APPOINTED.

In light of *Ryder v. United States*, 515 U.S. 177 (1995) and *United States v. Carpenter*, 37 M.J. 291 (C.M.A. 1993), *vacated*, 515 U.S. 1138 (1995), the decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for further review under Article 66, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866 (2006), by a properly appointed Court of Criminal Appeals. Thereafter, Article 67(a), UCMJ, 10 U.S.C. § 867(a) (2006) will apply.

No. 13–0503/AF. U.S. v. Valentino T. Lee. CCA S32009. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, and Appellant's motion for leave to file a supplemental issue, it is ordered that said motion is hereby granted, and that said petition is hereby granted on the following issue:

> WHETHER THE AIR FORCE COURT'S DECISION MUST BE SET ASIDE BECAUSE ONE OF THE JUDGES WHO PARTICIPATED IN THE DECISION OF APPELLANT'S CASE WAS UNCONSTITUTIONALLY APPOINTED.

In light of *Ryder v. United States*, 515 U.S. 177 (1995) and *United States v. Carpenter*, 37 M.J. 291 (C.M.A. 1993), *vacated*, 515 U.S. 1138 (1995), the decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for further review under Article 66, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866 (2006), by a properly appointed Court of Criminal Appeals. Thereafter, Article 67(a), UCMJ, 10 U.S.C. § 867(a) (2006) will apply.

No. 13–0435/AR. U.S. v. Gary D. Warner. CCA 20120499. Appellant's motion to file an additional supplement denied.

No. 13–0537/AR. U.S. v. Joseph A. Smith. CCA 20120329. Appellant's motion for leave to file the supplement to the petition for grant of review out of time granted.

No. 13–0702/AR. U.S. v. Douglas A. Allen IV. CCA 20110584. Appellant's **second** motion to extend time to file the supplement to the petition for grant of review granted, **but only up to and including September 24, 2013**, and that **absent extraordinary circumstances, no further extension of time will be granted in this case**.

No. 14–0018/AF. U.S. v. Don Watkins, Jr. CCA S32114. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 30, 2013.